IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   )<br>    Plaintiff, )<br>   )<br>vs. )<br>   )<br>PRESTON GRICE )<br>and COREY HARVEY, )<br>   )<br>    Defendants. ) | CR NO. 2:06CR271-WKW |

## NOTICE OF APPEARANCE

   COMES NOW Donald G. Madison and files this Notice of Appearance on behalf of the Defendant Preston Grice (hereinafter Defendant Grice) in the above-entitled action. Undersigned counsel would respectfully request that all notices, motions, discovery, any and all documents and/or communications pertaining to this case be forwarded to undersigned counsel.

                                     Respectfully submitted,
                                     S/Donald G. Madison
                                     DONALD G. MADISON (MAD008)
                                     Attorney for Defendant Preston Grice
                                     418 Scott Street
                                     Montgomery, Alabama 36104
                                     Telephone (334) 263-4800
                                     Facsimile  (334) 265-8511
                                     E-mail: dgmadison@bellsouth.net

## CERTIFICATE OF SERVICE

   I hereby certify that this Notice of Appearance was electronically filed on this the 29th day of November 2006, and that electronic service will be made upon the United States Attorney for the Middle District of Alabama on this 29th day of November, 2006.

                                     S/Donald G. Madison
                                     DONALD G. MADISON (MAD008)
                                     418 Scott Street
                                     Montgomery, Alabama 36104
                                     Telephone (334) 263-4800
                                     Facsimile  (334) 265-8511
                                     E-mail: dgmadison@bellsouth.net