**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO. 2:06-cr-271 |
| | ) |
| PRESTON GRICE | ) |
| | ) |
|     Defendant. | ) |

**MOTION TO CONTINUE PRE-TRIAL HEARING**

COMES NOW the Defendant Preston Grice (hereinafter Defendant Grice), by and through counsel, and submits this Motion to Continue Pre-Trial Hearing in the above-entitled action. In support hereof the Defendant Grice would show unto this Honorable Court the following:

1. A Pre-Trial Conference for this case has been set for December 18, 2006, by this Court. Suppression motions are required to be filed prior to said date. This Defendant intends to file a motion to suppress.

2. Defendant Counsel's work schedule has been altered due to unanticipated medical issues which required testing and absence from the office for two days.

3. Furthermore, Counsel for Defendant Grice just completed an appellant brief which was due in the Alabama Court of Civil Appeals on December 12, 2006, with an additional brief due in the Alabama Supreme Court on or before Wednesday, December 20, 2006..

4. Therefore Counsel needs a continuance of the pre-trial in this case to allow additional time to complete his appellant briefs as well as to devote proper time to preparation of this Defendant's motion to suppress.

5. Additionally, undersigned counsel has discussed his need to request a continuance with Bruce Maddox, counsel for the Co-Defendant Corey Harvey, who not only does not oppose said request but, in fact, joins in this request. Said Counsel requested that this Court consider this Motion jointly filed on behalf of both Defendants.

WHEREFORE, THE PREMISES CONSIDERED, the Defendant Grice would respectfully pray that this Honorable Court grant this Motion to Continue Pre-Trial Hearing in order to allow adequate time for discovery and preparation for such hearing.

        Respectfully submitted,
        S/Donald G. Madison
        DONALD G. MADISON
        Attorney for Defendant Preston Grice
        ASB-5199-M68D
        418 Scott Street
        Montgomery, Alabama 36104
        Telephone (334) 263-4800
        Facsimile (334) 265-8511
        E-mail: dgmadison@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that this document was electronically filed with the Court on December 13, 2006, and that a copy of said document shall be electronically served upon the appropriate parties on this date.

        S/Donald G. Madison
        DONALD G. MADISON
        Attorney for Defendant Preston Grice
        ASB-5199-M68D
        418 Scott Street
        Montgomery, Alabama 36104
        Telephone (334) 263-4800
        Facsimile (334) 265-8511
        E-mail: dgmadison@bellsouth.net