IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR271-WKW |
| | ) | |
| PRESTON GRICE and COREY HARVEY, | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the motion to continue pretrial hearing filed by defendant Grice (Doc. # 18) and joined in by defendant Harvey (Doc. # 19), it is

ORDERED that to the extent the motions seek a continuance of the pretrial hearing, the motions are DENIED.

It is further ORDERED that, to the extent the motions seek an extension of time to file pretrial motions, the motions are GRANTED. Defendants may file pretrial motions on or before Friday, December 22, 2006.

DONE, this 14th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE