**COURTROOM DEPUTY'S MINUTES**  **DATE: December 18, 2006**

**MIDDLE DISTRICT OF ALABAMA**  **Digital Recording: 3:41 - 3:45**

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Walker**   **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 2:06cr271-WKW**   **DEFENDANT(S)   Preston Grice, Corey Harvey**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Susan Redmond | * * * * * | Don Madison (Grice) Bruce Maddox (Harvey) |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**
   Defendants' ORAL MOTION to extend time to file pretrial motions.
   Government has no objections.
   Court's ORAL ORDER granting motion and extending pretrial motion deadline to 12/28/06.

☐ **PLEA STATUS:**
   No plea discussions at this point
   Notice of intent to change plea to be filed on or before noon on 4/11/07

☐ **TRIAL STATUS**
   Trial time - 3-4 days

☐ **REMARKS:**