IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR NO. 2:06CR271-WKW |
| | ) | |
| PRESTON GRICE | ) | |
| and COREY HARVEY, | ) | |
| | ) | |
| Defendants. | ) | |

MOTION TO SUPPRESS

_____COMES NOW the Defendant Preston Grice (hereinafter referred to as the Defendant

Grice), by and through undersigned counsel, and moves this Court to suppress all evidence

seized from him, his residence, his person, his vehicle or which resulted from his illegal

detention and illegal search, including any evidence considered fruits of the poisonous tree.

In support hereof, the Defendant Grice submits the following:

1.    The Defendant Grice incorporates his Narrative Summary of the Facts and

Brief and Memorandum of Law submitted herewith including all exhibits thereto including,

but not limited to:

Exhibit 1.    DEA-6 dated November 1, 2005 (Bates Stamp 2, 3).

Exhibit 2.    Corporal Jones memorandum dated November 3, 2005 (Bates
Stamp 48)

Exhibit 3.    Affidavit of Corporal Steelman in support of search warrant
(Bates Stamp 26-30)

1

Exhibit 4.    Excerpts from transcript of preliminary hearing conducted on November 7, 2005.

Exhibit 5.    DEA-6 Notes of proffer of Leeandore Woods (first page only) (Bates Stamp 276).

Exhibit 6:    DEA-6 Notes of proffer of Tarsus Lanier (Bates Stamp 18).

2.      That based upon the above and foregoing, the Defendant Grice respectfully submits that:

a)      The key seized from Grice should be suppressed as well as all statements relating thereto.

b)      All drugs and other evidence seized from the residence where the search was executed should be suppressed.

c)      All chemical analysis and other fruits of the poisonous tree should be suppressed as well as all fingerprint evidence.

d)      Testimony and/or statements of Leeondore Woods and Tarsus Lanier should be suppressed.

WHEREFORE, THE PREMISES CONSIDERED, the Defendant Grice respectfully prays that this Honorable Court will grant this Motion to Suppress based upon the above and foregoing.

Respectfully submitted,
S/Donald G. Madison
DONALD G. MADISON (MAD008)
Attorney for Defendant Preston Grice
418 Scott Street
Montgomery, Alabama 36104
Telephone (334) 263-4800
Facsimile  (334) 265-8511
E-mail: dgmadison@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that this Motion to Suppress was electronically filed and that electronic service will be made upon the appropriate parties on this 28th day of December, 2006.

S/Donald G. Madison
DONALD G. MADISON (MAD008)
418 Scott Street
Montgomery, Alabama 36104
Telephone (334) 263-4800
Facsimile  (334) 265-8511
E-mail: dgmadison@bellsouth.net