IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          CR. NO. 2:06cr271-WKW
                                  )
PRESTON GRICE                     )
COREY HARVEY                      )

### **ORDER**

Upon consideration of defendants' motions to dismiss (Doc. # # 24 & 25) filed

December 28, 2006, and for good cause, it is

ORDERED that the government file a response to the motions on or before February

1, 2007.

DONE, this 12th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE