IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:06cr271-WKW |
| | ) |
| PRESTON GRICE | ) |
| COREY HARVEY | ) |

### **ORDER**

Upon consideration of defendants' motions to suppress (Doc. ## 23, 26), filed December 28, 2006, and for good cause, it is

ORDERED that the motions be and hereby are set for 9:00 a.m. on February 22, 2007 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE, this 12th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE