MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

SUSAN RUSS WALKER, U. S. MAGISTRATE JUDGE, PRESIDING
MONTGOMERY, ALABAMA

| | | |
|---|---|---|
| DATE COMMENCED: | February 22, 2007 | 9:15 a.m. |
| DATE COMPLETED: | February 22, 2007 | 12:30 p.m. |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs | * | 2:06cr271-WKW |
| PRESTON GRICE | * | |
| COREY HARVEY | * | |

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| | * | |
| Susan Redmond | * Donald Madison (Grice) | |
| | * Bruce Maddox (Harvey) | |
| | * | |

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy
Mitchell Reisner, Court Reporter

PROCEEDINGS:
HEARING ON DEFENDANTS' MOTIONS TO SUPPRESS (DOC #23 & DOC #26)

| | |
|---|---|
| 9:15 a.m. | Court convenes. |
| | Court's discussions with defendant Preston Grice regarding why he was late for court. Mr. Grice states he did not know which courtroom and apologizes to the court for being late. |
| | Court's discussions with counsel regarding issues in motions to suppress. |
| | Government's stipulation to admit Government Exhibits 1 and 2. |
| | Mr. Madison and Mr. Maddox have no objections to these exhibits being admitted. |
| | Court admits Government's Exhibits 1 and 2. |
| 9:18 a.m. | Testimony begins. |
| | Government's direct examination. (Steelman) |
| | Mr. Madison and Mr. Maddox's objections. |
| 9:30 a.m. | Court's questions to Ms. Redmond. |

## CONTINUATION OF PROCEEDINGS:

|  |  |
|---|---|
|  | Ms. Redmond's response. |
| 9:33 a.m. | Government moves to admit Government's Exhibits 3 and 4. |
|  | Court admits Government's Exhibits 3 and 4 subject to defendants objections. |
| 9:34 a.m. | Mr. Madison's statements to the court regarding suppressing statements. |
|  | Court's responses. |
| 9:37 a.m. | Government's direct examination resumes. (Steelman) |
| 9:44 a.m. | Court's questions to witness. (Steelman) |
| 9:48 a.m. | Mr. Madison's statements to the court regarding defendant Preston Grice's standing to attack search warrant. |
| 9:50 a.m. | Mr. Maddox's statements to the court regarding defendant Corey Harvey's standing to attack search warrant. |
| 9:51 a.m. | Government has no objections to Mr. Harvey's standing regarding search warrant but has objection to Mr. Price's standing regarding search warrant. |
|  | Mr. Madison's response. |
|  | Government maintains their objection - Do not object to Mr. Harvey's standing. |
| 9:52 a.m. | Mr. Madison's discussions regarding exhibits. |
|  | Mr. Madison moves to admit Defendant Grice's Exhibits 1 and 2 |
|  | Government has no objections to Grice Exhibit 1 and Exhibit 2 |
| 9:55 a.m. | Court admits Grice Exhibits 1 and 2. |
| 9:56 a.m. | Parties have no objections to court considering previous testimony in this case. |
| 9:57 a.m. | Government has no objection to Grice Exhibit 3. |
|  | Court admits Grice Exhibit 3 |
| 9:58 a.m. | Mr. Madison's cross examination. (Steelman) |
| 10:23 a.m. | Court's questions to witness. (Steelman) |
| 10:24 a.m. | Mr. Madison's cross examination continues.  (Steelman) |
| 10:30 a.m. - 10: 50 a.m. | BREAK (20 min) |
| 10:50 a.m. | Mr. Maddox wants to correct a matter in his motion to suppress by striking Paragraph #4 - Factual Background. |
|  | Government has no objections. |
|  | Court will strike Paragraph #4. |
|  | Mr. Maddox states he wants to adopt the Rule 41 matter. |
|  | Court advises Mr. Maddox that he cannot adopt the Rule 41 if it is not in his motion to suppress. |
| 10:51 a.m. | Mr. Maddox's cross examination. (Steelman) |
| 11:00 a.m. | Court's questions to Mr. Maddox regarding search warrant. |
| 11:01 a.m. | Mr. Maddox's cross examination continues. (Steelman) |
| 11:04 a.m. | Government's re-direct examination. (Steelman) |
| 11:09 a.m. | Mr. Madison's re-cross examination. (Steelman) |
| 11:10 a.m. | Mr. Maddox's re-cross examination. (Steelman) |
| 11:12 a.m. | Government's direct examination. (Caviness) |
| 11:16 a.m. | Mr. Madison's cross examination. (Caviness) |
| 11:29 a.m. | Government's direct examination. (Hamil) |
| 11:35 a.m. | Court's questions to witness. (Hamil) |
| 11:37 a.m. | Mr. Madison's cross examination. (Hamil) |
| 11:52 a.m. | Government's direct examination. (Thompson) |

## CONTINUATION OF PROCEEDINGS:

| | |
|---|---|
| 11:58 a.m. | Mr. Madison's cross examination. (Thompson) |
| 12:03 p.m. | Court's questions to witness. (Thompson) |
| | Court's questions to defendants counsel as to what statements they seek to suppress - who made statement and what was the statement. |
| 12:05 p.m. | Mr. Madison's response. |
| | Government's response as to basis contents of statements. |
| 12:07 p.m. | Mr. Madison's response. |
| | Court's further statements and discussions with Mr. Madison regarding statements to be suppressed. |
| 12:09 p.m. | Mr. Madison's cross examination continues. (Thompson) |
| 12:23 p.m. | Government moves to admit Exhibit 5 without objections from defense counsel. |
| | Court's admits Government's Exhibit 5. |
| 12:24 p.m. | Mr. Maddox's cross examination. (Thompson) |
| 12:26 p.m. | Government rests. |
| | Government moves to admit Government's Exhibit 7.  Defense counsel have no objections. |
| | Court admits Government's Exhibit 7. |
| | Government moves to admit Government's Exhibit 8.  Defense counsel have no objections. |
| | Court admits Government's Exhibit 8. |
| 12:28 p.m. | Mr. Maddox states there will be no witnesses for defendant Harvey. |
| 12:30 p.m. | Defendants' rest. |

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA          *
                                  *
VS.                               *          2:06cr271-WKW
                                  *
PRESTON GRICE                     *
COREY HARVEY                      *

## WITNESS LIST

|               GOVERNMENT               |          DEFENDANT          |
| --- | --- |

1.  Robert Steelman

2.  Lt. R. W. Caviness

3.  William  Hamil

4.  Thomas Neil Thompson

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

| UNITED STATES OF AMERICA | **GOVERNMENT'S EXHIBIT LIST** |
|---|---|
| V. | |
| PRESTON GRICE; COREY HARVEY | Case Number:  2:06cr271-WKW |

| PRESIDING JUDGE<br>SUSAN RUSS WALKER | GOVERNMENT'S ATTORNEY<br>SUSAN REDMOND | DEFENDANT'S ATTORNEY<br>DON MADISON/BRUCE MADDOX |
|---|---|---|
| TRIAL DATE (S)<br>FEBRUARY 22, 2007 | COURT REPORTER<br>MITCHELL RESINER | COURTROOM DEPUTY<br>JOYCE TAYLOR |

| GOV NO | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/22/07 | | Yes | Affidavit in support of anytime search warranty & attached search warrant |
| 2 | | 2/22/07 | | Yes | MPD Evidence Log |
| 3 | | 2/22/07 | | Yes | Opinion in 2:05cr300-MHT (Doc. #57) |
| 4 | | 2/22/07 | | Yes | Court's Order 2:05cr300-MHT (Doc. #58) |
| 5 | | 2/22/07 | | Yes | Statement of Corey Harvey |
| | | | | | |
| 7 | | 2/22/07 | | Yes | Mock-up of house at 589 Holcombe Street |
| 8 | | 2/22/07 | | Yes | Transcript |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE FOLDER WITH COURT FILE |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

| UNITED STATES OF AMERICA | **DEFENDANT GRICE'S EXHIBIT LIST** |
|---|---|
| V. | |
| PRESTON GRICE; COREY HARVEY | Case Number: 2:06cr271-WKW |

| PRESIDING JUDGE SUSAN RUSS WALKER | GOVERNMENT'S ATTORNEY SUSAN REDMOND | DEFENDANT'S ATTORNEY DON MADISON |
|---|---|---|
| TRIAL DATE (S) FEBRUARY 22, 2007 | COURT REPORTER MITCHELL RESINER | COURTROOM DEPUTY JOYCE TAYLOR |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 2/22/07 | | Yes | Montgomery Police Department Narcotics & Intelligence Bureau |
| | 2 | 2/22/07 | | Yes | DEA 6 - Neil Thompson |
| | 3 | 2/22/07 | | Yes | Pages 65 & 66 - 2:06cr271-WKW |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE FOLDER WITH COURT FILE |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.