IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    CR No. 2:06cr271-WKW |
| | ) |
| PRESTON GRICE, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO CONTINUE**

COMES NOW the Defendant Preston Grice (hereinafter referred to as Grice), by and through undersigned counsel, and files this Motion to Continue in the above-entitled action. The Defendant Grice would show unto this Honorable Court the following:

1. The trial of this matter is set for the trial term beginning April 23, 2007.

2. Defendants Grice and Harvey each filed Motions to Dismiss the Indictment (Doc. #25) and to Suppress (Doc. #26). The Honorable Susan Russ Walker, United States Magistrate for the Middle District of Alabama, issued Recommendations on each respective motion. Thereafter, Grice and Harvey filed their respective objections thereto.

3. After said objections were filed, the Honorable Susan

Russ Walker amended her Recommendation as to the Motion to Dismiss and therein established a new deadline for the filing of objections by the Defendants, which deadline is April 11, 2007. Additionally, Judge Walker filed an Amended Recommendation as to the Motion to Suppress and established therein a deadline of April 16, 2007, with which to file objections.

    4.  The Defendant Harvey and the government filed a "Joint Motion to Continue" the trial date stating therein that the Defendant Grice did not object to the continuance.

    5.  The Defendant Grice now files his own Motion to Continue in order to join that Motion to Continue already filed by Harvey and the government. Grice submits that in consideration of the filing deadlines for objections to the Amended Recommendations, the trial of this matter should be continued in order that issues presently pending in said objections can be resolved.

    WHEREFORE, THE PREMISES CONSIDERED, the Defendant Grice would respectfully pray that the trial of this matter be continued from the present setting of April 23, 2007, to a later date allowing sufficient time for the determination of the pending motions in this case.

Respectfully submitted,

S/Donald G. Madison
DONALD G. MADISON (MAD008)
Attorney for Defendant Grice
418 Scott Street
Montgomery, Alabama 36104
Telephone (334) 263-4800
Facsimile (334) 265-8511
E-mail: dgmadison@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that this document was electronically filed utilizing the CM/ECF System and that a copy of same will be electronically served upon the following parties on this 4th day of April, 2007:

Honorable Leura C. Garrett
United States Attorney

Bruce Maddox, Esquire

S/Donald G. Madison