IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CR. NO 2:06cr271-WKW |
| ) | |
| PRESTON GRICE ) | |
| COREY HARVEY. ) | |

### OBJECTION OF DEFENDANT PRESTON GRICE TO AMENDED RECOMMENDATION OF THE MAGISTRATE JUDGE

COMES NOW the Defendant Preston Grice (hereinafter referred to as the Defendant Grice), by and through counsel, and files this Objection to the Amended Recommendation of the Magistrate Judge dated March 29, 2007, (Doc. 43) to the Motion to Dismiss filed by the Defendant Grice. As grounds, the Defendant Grice would show unto this Court the following:

1. With all due respect to this Court, the only change made by the Court in its Amended Recommendation was the Court's acknowledgment of the Defendant Grice's argument in his Objection as to when the speedy trial time period began after his initial arrest. Judge Walker provided a credit to Defendant Grice on the issue of the number of days which transpired. Notwithstanding, Judge Walker's Amended Recommendation still denied the speedy trial issues of the Defendant Grice premised upon the Court's analysis of the tolling of the speedy trial calculations by reason of the Defendants' filing of Motions to Dismiss. Therefore, the Defendant Grice still maintains his objection.

2. The previously submitted objections of the Defendant Grice are hereby incorporated into this Objection to Amended Recommendation of the Magistrate Judge herein by this reference as if said objections were more fully set forth herein in an effort to avoid redundancy and repetition of argument by restating the same herein.

>Respectfully submitted,
>S/Donald G. Madison
>DONALD G. MADISON (MAD008)
>Attorney for Defendant Preston Grice
>418 Scott Street
>Montgomery, Alabama 36104
>Telephone (334) 263-4800
>Facsimile (334) 265-8511
>E-Mail: dgmadison@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that this Objection to Amended Recommendation of the Magistrate Judge was electronically filed and that a copy of same will be electronically served upon the following parties on the 11th day of April, 2007.

Bruce Maddox, Esquire
Attorney for Defendant Corey Harvey

Honorable Susan R. Redmond
Assistant United States Attorney

>S/Donald G. Madison