IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CR. NO 2:06cr271-WKW |
| | ) |
| PRESTON GRICE | ) |
| COREY HARVEY. | ) |
| | ) |
| Defendants. | ) |

**OBJECTION OF DEFENDANT PRESTON GRICE TO
SUPPLEMENTAL RECOMMENDATION OF THE MAGISTRATE JUDGE
TO DEFENDANT GRICE'S MOTION TO SUPPRESS**

COMES NOW Preston Grice (hereinafter referred to as the Defendant Grice) and in Objection to the Supplemental Recommendation of the Magistrate Judge, issued by Honorable Susan Russ Walker, dated April 2, 2007, submits the following:

1.   That, with all due respect, the Court possibly misunderstood the Defendant Grice's argument as to a dark colored minivan which the Court noted at page 1 of the Supplemental Recommendation was included in the Affidavit for the search warrant.

The anonymous tip was not that the black minivan was at the residence. The anonymous person told an individual who told R. J. Steelman that a Cadillac and black truck were present not a black minivan. This was a misrepresentation in the Affidavit made by R. J. Steelman.

It was the personal observation of the officer performing surveillance that a black

1

minivan was at the residence; this was not information given by **the informant** as represented in the Affidavit that provided the description of the black minivan.

2. The Defendant Grice objects to footnote 1 of the Recommendation as, again, the facts did not support the misrepresentation that Grice left at a high rate of speed. The Court states that the information is not material. The information was set out in the Affidavit for the search warrant and was, therefore, relevant to whether it was considered for probable cause.

3. In footnote 2, at page 2 of the Supplemental Recommendation, Judge Walker, with all due respect, erroneously concluded that the Defendant Grice did not raise Franks claims as a ground for suppression in his Brief and Memorandum of Law (Doc. 27).

The Defendant Grice submitted with his Narrative Facts and Brief and Memorandum of Law in Support of his Motion to Suppress (Doc. 27) specifically as Issue II, pages 8 through 11, that "The government cannot meet the U.S. vs. Leon good faith exceptions as to the Affidavit and Search Warrant."

This discussion involved analysis of the exceptions to a Franks analysis.

In fact, U.S. vs. Mays, 466 F.3d 335 at 345 (5th Cir. 2006) cited by the Defendant Grice specifically quotes Franks v. Delaware at page 10 of the pleading.

Therefore, with all due respect, the Court erred in footnote 2 of Judge Walker's Order.

4. The Defendant Grice incorporates his original Objection in full herein by this reference as if more fully set forth to avoid duplicity and repetition of the Defendant Grice's

pleadings/arguments.

          Respectfully submitted,

          S/Donald G. Madison
          DONALD G. MADISON
          Attorney for Defendant Preston Grice
          418 Scott Street
          Montgomery, Alabama 36104
          Telephone (334) 263-4800
          Facsimile  (334) 265-8511
          E-Mail: dgmadison@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that this Objection to Supplemental Recommendation of the Magistrate Judge was electronically filed and that a copy of same will be electronically served upon the following parties on the 16th day of April, 2007.

Bruce Maddox, Esquire
Attorney for Defendant Corey Harvey

Honorable Susan R. Redmond
Assistant United States Attorney

          S/Donald G. Madison