IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-271-WKW |
| | ) | |
| COREY HARVEY, *et al.*, | ) | |

**<u>ORDER</u>**

On March 9, 2007, the Magistrate Judge filed a Recommendation (Doc. # 36) that Preston Grice and Corey Harvey's Motions to Dismiss (Docs. # 24 & 25) be denied. Mr. Grice and Mr. Harvey both filed Objections to the Recommendation (Docs. # 39 & 40). The Magistrate Judge subsequently filed an Amended Recommendation (Doc. # 43), which corrected an error in her original calculation of the Speedy Trial Act's seventy day period. Mr. Grice immediately filed an Objection to the Amended Recommendation (Doc. # 48). Mr. Harvey did not file a response to the Amended Recommendation of the Magistrate Judge. However, this court will construe Mr. Harvey's Objection (Doc. # 39) to the Magistrate Judge's Recommendation (Doc. # 36) as a continuing objection to the Amended Recommendation of the Magistrate Judge (Doc. # 43).

Upon an independent and *de novo* review of the file in this case, and upon due consideration of the Defendants' Objections to the Recommendation of the Magistrate Judge (Docs. # 39, 40, & 48), it is hereby ORDERED that:

1. The original Recommendation of the Magistrate Judge (Doc. # 36) is MOOT by entry of the Amended Recommendation (Doc. # 43);

2. The Amended Recommendation of the Magistrate Judge (Doc. # 43) is ADOPTED;

3. Defendants' Objections (Docs. # 39, 40, & 48) are OVERRULED;

4. Defendants' Motions to Dismiss (Docs. # 24 & 25) are DENIED; and

5. This case is hereby REFERRED back to the Magistrate Judge for further proceedings.

DONE this 18th day of April, 2007.

                                        /s/  W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE