IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-271-WKW |
| | ) | |
| PRESTON GRICE, and | ) | |
| COREY HARVEY, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

On March 15, 2007, the magistrate judge filed a Recommendation (Doc. # 37) that Preston Grice and Corey Harvey's Motions to Suppress (Docs. # 23 & 26) be denied. Mr. Grice and Mr. Harvey both filed Objections to the Recommendation (Docs. # 41 & 42). The magistrate judge subsequently filed a Supplemental Recommendation (Doc. # 45), which clarified the substance of the confidential source's information. Mr. Grice immediately filed an Objection to the Supplemental Recommendation (Doc. # 50). Mr. Harvey did not file a response to the Supplemental Recommendation of the magistrate judge. However, the court will construe Mr. Harvey's Objection (Doc. # 41) to the magistrate judge's Recommendation (Doc. # 37) as a continuing objection to the Supplemental Recommendation of the magistrate judge (Doc. # 45).

Upon an independent and *de novo* review of the file in this case, and upon due consideration of the defendants' Objections to the Recommendation of the magistrate judge (Docs. # 41, 42, & 50), it is hereby ORDERED that:

1.  The original Recommendation of the magistrate judge (Doc. # 37) is ADOPTED;

2.  The Supplemental Recommendation of the magistrate judge (Doc. # 45) is ADOPTED;

3.  Defendants' Objections (Docs. # 41, 42, & 50) are OVERRULED;

4.  Defendants' Motions to Suppress (Docs. # 23 & 26) are DENIED; and

5.  This case is hereby REFERRED back to the Magistrate Judge for further proceedings.

DONE this 8th day of May, 2007.

        /s/ W. Keith Watkins
    UNITED STATES DISTRICT JUDGE