IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-271-WKW |
| | ) | |
| PRESTON GRICE | ) | |

## NOTICE OF INFORMATION TO ESTABLISH PRIOR CONVICTIONS

Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and provides this Honorable Court and Defendant

Preston Grice with notice of information of at least one prior felony drug conviction for the purpose

of increased punishment in accordance with Title 21, United States Code, Sections 841(b)(1)(A)(ii)

and (iii), 841(b)(1)(D) and 851.  The prior conviction is as follows:

1.    The defendant, in case number CC F93007836, was convicted on or about January

4, 1994, in the 11th Judicial Circuit Court of Florida, Miami-Dade County, of trafficking in cocaine,

a crime punishable by imprisonment for a term exceeding one year under the laws of the State of

Florida.

2.    The enhancement as applied in this case requires the mandatory imposition of a

sentence of not less than 20 years and no more than life, a fine of not more than $8,000,000, and not

less than 10 years supervised release; and, the mandatory imposition of a sentence of not more than

10 years, not more than $500,000, and not less than 4 years supervised release. As disclosed in

previous correspondence, the United States intends to introduce this conviction during the trial of

the instant case, where admissible pursuant to applicable federal law.

Respectfully submitted this 25th day of October, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
susan.redmond@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA       )
                               )
            v.                 )       CR. NO. 2:06-cr-271-WKW
                               )
PRESTON GRICE                  )

CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2007, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following:

Donald Madison, Esquire.

Respectfully submitted,

s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
susan.redmond@usdoj.gov