**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **2:06-CR-271-WKW** |
| | ) | |
| **PRESTON GRICE** | ) | |

**DEFENDANT PRESTON GRICE**
**REQUEST FOR JURY INSTRUCTIONS**

The Defendant, by undersigned counsel, hereby requests that the Court give the

jury instructions which are attached hereto at the time it charges the jury on the law in

this case.

**RESPECTFULLY SUBMITTED** this 1st day of November, 2007.


/S/Donald G. Madison_____
**DONALD G. MADISON (MAD 008)**
Attorney for Defendant
418 Scott Street
Montgomery, Alabama 36104
Telephone (334) 263-4800
Facsimile  (334) 265-8511
E-Mail dgmadison@bellsouth.net
btjarvis1@bellsouth.net


**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the

Court and that a copy of same shall be electronically served upon Honorable Susan

Redmond, Assistant United States Attorney, on this the 1st day of November, 2007.


/S/ Donald G. Madison_____
DONALD G. MADISON

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMBER 1**

You must make your decision only on the basis of the testimony and other evidence presented here during the trial; and you must not be influenced in any way by either sympathy or prejudice for or against the Defendant or the Government.

You must also follow the law as I explained it to you whether you agree with that law or not; and you must follow all of my instructions as a whole. You may not single out, or disregard, any of the Court's instructions on the law.

The indictment or formal charge against any defendant is not evidence of guilt. Indeed, the defendant is presumed by the law to be innocent. The law does not require a defendant to prove his innocence or produce any evidence at all; and if a defendant elects not to testify, you should not consider that in any way during your deliberations. The government has the burden of proving a defendant guilty beyond a reasonable doubt; and if it fails to do so you must find the defendant not guilty.

ACCEPTED _____                    DENIED _____

Pattern Jury Instructions of the District Judges Association
Of the Eleventh Circuit, Criminal Cases (1985), '2.2, p.5.

2

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMBER 2**

The law presumes a defendant to be innocent of crime.  Thus a defendant, although accused, begins the trial with a "clean slate" – with no evidence against him. And the law permits nothing but legal evidence presented before the jury to be considered in support of any charge against the accused.  So the presumption of innocence alone is sufficient to acquit a defendant, unless the jurors are satisfied beyond a reasonable doubt of the defendant's guilt after careful and impartial consideration of all the evidence in the case.

It is not required that the government prove guilt beyond all possible doubt.  The test is one of reasonable doubt.  A reasonable doubt is a doubt based upon reason and common sense – the kind of doubt that would make a reasonable person hesitate to act. Proof beyond a reasonable doubt must, therefore, be proof of such a convincing character that a reasonable person would not hesitate to rely and act upon it in the most important of his own affairs.

The jury will remember that a defendant is never to be convicted upon mere suspicion or conjecture.

The burden is always upon the prosecution to prove guilt beyond a reasonable doubt.  This burden never shifts to a defendant, for the law never imposes upon a defendant in a criminal case the burden or duty of calling any witnesses or producing any evidence.

So if the jury, after careful and impartial consideration of all the evidence in the case, has reasonable doubt that a defendant is guilty of the charge, it must acquit.  If the

jury views that evidence in the case as reasonably permitting either of two conclusions –
one of innocence, the other guilty – the jury should, of course, adopt the conclusion of
innocence.

ACCEPTED _____                              DENIED _____

Devitt and Blackmar, *Federal Jury Practice and
Instructions, Section 11.14.*

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMBER 3**

Now, in saying that you must consider all of the evidence, I do not mean that you must accept all of the evidence as true and accurate. You should decide, whether you believe what each witness had to say, and how important that testimony was. In making that decision you may believe or disbelieve any witness, in whole or in part. Also, the number of witnesses testifying concerning any particular dispute is not controlling. You may decide that the testimony of a smaller number of witnesses concerning any fact in dispute is more believable than the testimony of a larger number of witnesses to the contrary.

In deciding whether you believe or do not believe any witness, I suggest that you ask yourself a few questions: Did the person impress you as one who was telling the truth? Did he or she have any particular reason not to tell the truth? Did he or she have any personal interest in the outcome of the case? Did the witness seem to have a good memory? Did the witness have the opportunity and ability to observe accurately the things he or she testified about? Did he or she appear to understand the questions clearly and answer them directly? Did the witness's testimony differ from the testimony of other witnesses?

ACCEPTED _____                    DENIED _____

Pattern Jury Instructions of the District Judges Association
Of the Eleventh Circuit, Criminal Case (1985), '5, p.10.

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMBER 4**

You should also ask yourself whether there was evidence tending to prove that the witness testified falsely concerning some important fact; or whether there was evidence that at some other time the witness said or did something, or failed to say or do something, which was different from the testimony he or she gave before you during the trial.

You should keep in mind, of course, that a simple mistake by a witness does not necessarily mean that the witness was not telling the truth as he or she remembers it, because people naturally tend to forget some things or remember other things accurately. So, if a witness has had a misstatement, you need to consider whether that misstatement was simply an innocent lapse of memory or an intentional falsehood, and that may depend on whether it has to do with an important fact or with an unimportant detail.

ACCEPTED _____          DENIED _____

Pattern Jury Instructions of the District Judges Association
Of the Eleventh Circuit, Criminal Case (1985), '6.2, p. 12.

6

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMBER 5**

The case of each defendant and the evidence pertaining to him should be considered separately and individually.  The fact that you may find any one of the defendants guilty or not guilty should not affect your verdict as to any other defendant.

I caution you, members of the jury, that you are here to determine from the evidence in this case whether the defendant is guilty or not guilty.  The defendant is on trial only for the specific offense alleged in the indictment.

Also, the question of punishment should never be considered by the jury in any way in deciding the case.  If the defendant is convicted, the matter of punishment is for the Judge to determine.

ACCEPTED _____                    DENIED_____

Pattern Jury Instructions of the District Judges Association
Of the Eleventh Circuit, Criminal Case (1985), '10.3, p.27.

**DEFENDANT GRICE**
**<u>REQUESTED JURY CHARGE NUMBER 6</u>**

The testimony of some witnesses must be considered with more caution than the testimony of other witnesses.

For example, a paid informer, or a witness who has been promised that he or she will not be charged or prosecuted, or a witness who hopes to gain more favorable treatment in his or her own case, may have a reason to make a false statement because he wants to strike a good bargain with the government.

So, while a witness of that kind may be entirely truthful when testifying, you should consider that testimony with more caution than the testimony of other witnesses.

ACCEPTED _____                    DENIED _____

Pattern Jury Instructions of the District Judges Association
Of the Eleventh Circuit, Criminal Cases (1985), '1.1, p. 33-34.

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMBER 7**

There also may be evidence tending to show that a witness has a bad reputation for truthfulness in the community where the witness resides, or has recently resided; or that others have an unfavorable opinion of his truthfulness.

You may consider these matters also in deciding whether to believe or disbelieve such witness.

ACCEPTED _____                          DENIED _____

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMBER 8**

It is the sworn duty of the attorney on each side of a case to object when the other side offers testimony or exhibits which that attorney believes is not properly admissible. Only by raising an objection can a lawyer request and obtain a ruling from the Court on the admissibility of the evidence being offered by the other side. You should not be influenced against an attorney or his client because the attorney has made objections.

ACCEPTED _____                    DENIED _____

Devitt, Blackmar, Wolff and O'Malley, Vol. 1, 4th Ed., '11.03.

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMER 9**

In certain instances evidence may be admitted only concerning a particular party or only for a particular purpose, and not generally against all parties or for all purposes.

For the limited purpose for which this evidence has been received, you may give it such weight as you feel it deserves.  You may not use this evidence for any other purpose or against any party not specifically mentioned.

ACCEPTED _____                          DENIED _____

Devitt, Blackmar, Wolff and O'Malley, Vol. 1, 4th Ed., '11.09.

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMBER 10**

It is your duty to give separate and personal consideration to the case of each individual defendant. When you do so, you should analyze what the evidence in the case shows with respect to that individual defendant, leaving out of consideration entirely any evidence admitted solely against some other defendant or defendants.

Each defendant is entitled to have his case determined from evidence as to his own acts, statements, and conduct and any other evidence in the case which may be applicable to him.

The fact that you return a verdict of guilty or not guilty to one defendant should not, in any way, affect your verdict regarding any other defendant.

ACCEPTED _____                          DENIED_____

Devitt, Blackmar, Wolff and O'Malley, Vol. 1, 4th Ed., '12.14.

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMBER 11**

An indictment is but a formal method of accusing a defendant of a crime. It is not evidence of any kind against the defendants.

Defendants have plead, "Not Guilty", to this indictment and, therefore, deny that they are guilty of the charges.


ACCEPTED _____                    DENIED_____


Devitt, Blackmar, Wolff and O'Malley, Vol. 1, 4th Ed., '13.04.

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMBER 12**

To be convicted of unlawful conspiracy, a defendant must have knowledge of the conspiracy and must intend to join or associate himself with the objectives of the conspiracy. The essential elements of criminal conspiracy are knowledge, actual participation, and criminal intent. Close association with a co-conspirator, or mere presence at the scene of a crime, is insufficient evidence of knowing participation in a conspiracy. For conspiracy, the evidence of knowledge must be clear and not equivocal. Charges of conspiracy are not be to made out by piling inference upon inference.

ACCEPTED _____                              DENIED _____

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMBER 13**

If you believe the evidence in this case did nothing more than create a suspicion, a possibility, speculation, or a guess that the defendant is guilty of the criminal act he is charged with, then that is an insufficient basis for conviction. Circumstances merely causing a suspicion of guilt are insufficient to justify a conviction of crime, and you must find him not guilty.


ACCEPTED _____                              DENIED _____

15

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMBER 14**

When the Government offers testimony or evidence that a defendant made a statement or admission to someone, after being arrested or detained, the jury should consider the evidence concerning such a statement with caution and great care.

It is for you to decide (1) whether the defendant made the statement and (2) if so, how much weight to give to it. In making those decisions you should consider all of the evidence about the statement, including the circumstances under which the defendant may have made it.

Of course, any such statement should not be considered in any way whatever as evidence with respect to any other defendant on trial.

ACCEPTED _____                    DENIED _____

Pattern Jury Instructions of the District Judges Association
of the Eleventh Circuit, Criminal Cases (1985), p.37

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMBER 15**

If you are reasonably satisfied that a witness has testified willfully, falsely and intentionally to any material fact in this case, then the law says, as to that particular witness, you have a right to disregard entirely the testimony of that witness. If the jury is reasonably satisfied that a witness has willfully and corruptly sworn falsely as to any matter, material to the issues of the case, it may, in its discretion, reject all of the testimony of that witness.

ACCEPTED _____                 DENIED _____

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMBER 16**


The testimony of someone who is shown to have used addictive drugs during the period of time about which the witness testified must always be examined and weighed by the jury with greater care and caution than the testimony of ordinary witnesses. You should never convict any defendant upon the unsupported testimony of such a witness unless you believe that testimony beyond a reasonable doubt.




ACCEPTED _____                    DENIED _____




Adapted from Pattern Jury Instructions of the District Judges
Association of the Eleventh Circuit, Criminal Cases (1985), p.28.

18

**DEFENDANT  GRICE**
**REQUESTED JURY CHARGE NUMBER 17**

The jury is the judge of the facts and of the credibility of the witnesses who have testified in the case; and in weighing the testimony of the witnesses, the jury must consider the manner of each witness on the stand, his manner of testifying, his interest in the cause, his relationship to the parties, and his connection with the case.  There are circumstances which the law permits the jury to weigh, in connection with the other evidence in the case, in considering the credibility of the witnesses who have testified in the case.

ACCEPTED _____                              DENIED _____

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMBER 18**

      In determining the credibility of witnesses who testified in this case you may take the testimony of the witnesses, apply your common sense, and in an honest and impartial way determine what you believe to be the truth and what you believe to be false, mistaken or error.

ACCEPTED _____                    DENIED _____

**DEFENDANT GRICE**
**<u>REQUESTED JURY CHARGE NUMBER 19</u>**

Under the laws of the United States of America witnesses, including law enforcement officers, are the same. Feelings of support for law enforcement officers, right or wrong, have no place under our system of justice. You should not give extra credence to a person's testimony just because of his or her status as a law enforcement officer. You must consider him as any other witness.

ACCEPTED _____                    DENIED _____

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMBER 20**

The testimony of a witness may be discredited by showing that the witness testified falsely concerning a material matter, or by evidence that at some other time the witness said or did something, or failed to say or do something, which is inconsistent with the testimony the witness gave at this trial.

Earlier statements of a witness were not admitted in evidence to prove that the contents of those statements are true. You may consider the earlier statements only to determine whether you think they are consistent or inconsistent with the trial testimony of the witness and, therefore, whether affect the credibility of that witness.

If you believe that a witness has been discredited in this manner, it is your exclusive right to give the testimony of that witness whatever weight you think it deserves. I remind you that a defendant has the right not to testify. If the defendant does testify, however, his testimony should be weighed and his credibility evaluated in the same way as that of other witnesses.

ACCEPTED _____                           DENIED _____

*United States v. Livingston,* 816 F.2d 184 (5th Cir. 1987).

22

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMBER 21**

An overt act is an open, manifest act from which criminality may be implied.  An overt act which completes the crime of conspiracy to violate federal law is something apart from the conspiracy and is an act to effect the object of the conspiracy, and need be neither a criminal act nor the crime that is the object of the conspiracy, but must accompany or follow agreement and must be done in furtherance of the object of the agreement.

ACCEPTED _____                          DENIED _____

*Black's Law Dictionary* 995-96 (5th ed. 1979).

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMBER 22**

When evidence is not readily identifiable and is susceptible to alteration by tampering or contamination, the party offering such evidence must lay a foundation consisting of a "chain of custody" of the item with sufficient completeness to render it improbably that the original item has either been exchanged with another or been contaminated or tampered with. A chain of custody indirectly establishes the identity and integrity of evidence by tracing its continuous whereabouts. The criterion for admissibility is a showing that the physical evidence proffered is in substantially the same condition as when the crime was committed. The factors that were considered by the court in deciding whether the criterion had been met regarding the evidence admitted in this case include the nature of the article, the circumstances surrounding its preservation and custody, and the likelihood of intermeddlers having been tampered with it.

ACCEPTED _____                              DENIED _____

*United States v. Cardenas,* 864 F.2d 1528, 1531 (10th Cir. 1989) and
*United States v., Gay,* 774 F.2d 368, 374 (10th Cir. 1985).

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMBER 23**

"Crack" cocaine is not uniquely identifiable, and therefore requires a sufficient chain of custody to support its admission. Deficiencies in the chain of custody go to the weight of the evidence and not its admissibility. Once admitted, it is the duty of the jury to evaluate any defects in the chain of custody and, based on its evaluation, to accept or disregard the evidence.

ACCEPTED _____                    DENIED _____

*See United States v. Cardenas,* 864 F.2d 1528, 1531 (10th Cir. 1989) and
*United States v. Roberson,* 897 F.2d 1092 (11th Cir. 1990).

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMBER 24**

The testimony of some witnesses must be considered with more caution than the testimony of other witnesses.

In this case the Government called as one of its witnesses a person named as a Co-Defendant in the indictment, with whom the Government has entered into a plea agreement providing for the possibility of a lesser sentence than the witness would otherwise be exposed to. Such plea bargaining, as it is called, has been approved as lawful and proper, and is expressly provided for in the rules of this Court. However, a witness who hopes to gain more favorable treatment may have a reason to make a false statement because the witness wants to strike a good bargain with the Government. So, while a witness of that kind may be entirely truthful when testifying, you should consider such testimony with more caution than the testimony of other witnesses.

And, of course, the fact that a witness has plead guilty to the crime charged in the indictment is not evidence, in and of itself, of the guilt of any other person.

ACCEPTED _____                    DENIED _____

*United States v. Soloman,* 856 F.2d 1572, 1578-79 (11th Cir. 1988), <u>cert. denied,</u> 489 U.S. 1070, 109 S. Ct. 1352, 103 L.Ed.2d 820 (1989) approved similar instruction.

## <u>DEFENDANT GRICE</u>
## <u>REQUESTED JURY CHARGE NUMBER 25</u>

When the Government offers testimony or evidence that a Defendant made a statement or admission to someone, after being arrested or detained, the jury should consider the evidence concerning such a statement with caution and great care.

It is for you to decide (1) whether the Defendant made the statement and (2) if so, how much weight to give to it.  In making these decisions you should consider all of the evidence about the statement, including the circumstances under which the Defendant may have made it.

Of course, any such statement should not be considered in any way whatever as evidence with respect to any other Defendant on trial.

ACCEPTED _____                     DENIED _____

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMBER 26**

The law recognizes several kinds of possession. A person may have actual possession or constructive possession. A person may also have sole possession or joint possession.

A person who knowingly has direct physical control of something is then in actual possession of it.

A person who is not in actual possession, but who has both the power and the intention to later take control over something either alone or together with someone else, is in constructive possession of it.

If one person alone has possession of something, that possession is sole. If two or more persons share possession, such possession is joint.

Whenever the word "possession" has been used in these instructions it includes constructive as well as actual possession, and also joint as well as sole possession.

ACCEPTED _____                    DENIED _____

*United States v. Hastamorir,* 881 F.2d 1551 (11th Cir. 1989) approved this instruction.

**DEFENDANT GRICE**
**REQUESTED JURY CHARGE NUMBER 27**

Title 21, United States Code, Sections [846] [955c] [963] make it a separate Federal crime or offense for anyone to conspire or agree with someone else to do something which, if actually carried out, would be a violation of Section 841(a)(1), Section 952(a).  Section 841(a)(1) makes it a crime for anyone to knowingly possess a mixture or substance containing cocaine base ("crack"), Schedule II controlled substance with intent to distribute it.   Section 952(a) makes it a crime for anyone to knowingly import "crack" into the United States from some place outside the United States.

So, under the law, a "conspiracy" is an agreement or a kind of "partnership in criminal purposes" in which each member becomes the agent or partner of every other member.

In order to establish a conspiracy offense it is <u>not</u> necessary for the Government to prove that all of the people named in the indictment were members of the scheme, <u>or</u> that those who were members had entered into any formal type of agreement.  Also, because the essence of a conspiracy offense is the making of the scheme itself, it is not necessary for the Government to prove that the conspirators actually succeeded in accomplishing their unlawful plan.

What the evidence in the case <u>must</u> show beyond a reasonable doubt is:

<u>First</u>:       That two or more persons in some way or manner, came to a mutual understanding to try to accomplish a common and unlawful plan, as charged in the indictment;

<u>Second</u>:   That the Defendant, knowing the unlawful purpose of the plan, willfully joined in it; and

<u>Third</u>:     That the object of the unlawful plan was to [possess with intent to distribute] [import] more than 50 grams of "crack", as charged.

29

A person may become a member of a conspiracy without full knowledge of all of the details of the unlawful scheme or the names and identities of all of the other alleged conspirators. So, if a Defendant has a general understanding of the unlawful purpose of the plan (including the nature and anticipated weight of the substance involved) and knowingly and willfully joins in that plan on one occasion, that is sufficient to convict that Defendant for conspiracy even though the Defendant did not participate before and even though the Defendant played only a minor part.

Of course, mere presence at the scene of a transaction or event, or the mere fact that certain persons may have associated with each other, and may have assembled together and discussed common aims and interests, does not, standing alone, establish proof of a conspiracy. Also, a person who has no knowledge of a conspiracy, but who happens to act in a way which advances some purpose of one, does not thereby become a conspirator.

The Defendant is charged in the indictment with conspiracy to possess with intent to distribute a certain quantity or weight of the alleged controlled substance. However, you may find the Defendant guilty of the offense if the quantity of the controlled substance for which he should be held responsible is less than the amount or weight charged. Thus, the verdict form prepared with respect to the Defendant, as I will explain in a moment, will require, if you find the Defendant guilty, to specify on the verdict your unanimous finding concerning the weight of the controlled substance attributable to the Defendant.

ACCEPTED _____                              DENIED _____

30

**DEFENDANT GRICE**
**REQUESTED SPECIAL JURY CHARGE NUMBER 1**

"Mere presence, guilty knowledge, even sympathetic observation and close association with a co-conspirator are insufficient, without more, to support a conviction for conspiracy."

ACCEPTED_____                          DENIED _____

*U.S. v. Lyons*, 53 F.3d 1198, 1200 (11th Cir. 1995).

**DEFENDANT GRICE**
**REQUESTED SPECIAL JURY CHARGE NUMBER 2**

It is your duty to give separate and personal consideration to the case of each individual defendant.  In doing so, you should analyze what the evidence in the case shows with respect to that individual defendant in conjunction with what another defendant or defendants may be charged with, leaving out of consideration entirely any evidence admitted solely against some other defendant or defendants.  As a result, it is important that you be made aware that cocaine hydrochloride is a powder form; crack cocaine is not in powder form.  Therefore, there is, in fact, a difference between cocaine hydrochloride and crack cocaine for purpose of your deliberation.  The Government has the burden of proof to prove that a conspiracy existed to distribute crack cocaine as charged under the Indictment, not powder cocaine.

ACCEPTED _____                    DENIED _____