IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| VS. | )   CASE NO: 2:06-CR-271-WKW |
| | ) |
| PRESTON GRICE | ) |

<u>**VOIR DIRE EXAMINATION**</u>

The Defendant, Preston Grice requests the following questions be propounded to the venire:

1)   The Law says that a defendant who has been charged with a crime is presumed to be innocent.  Are you willing to accept that and give that look or presumption of innocence to the defendant?

2)   Do you agree with the law that a man is innocent until proven guilty beyond reasonable doubt as to each element of a crime.

3)   Do you agree with the law that the burden of proving that the defendant is guilty beyond a reasonable doubt rests with the prosecution.

4)   Would you require in your own mind that the defendant prove his innocence to you before you would acquit him?

5)   Would the fact that a grand jury returned an indictment against the defendant lead you to the inference that the defendant has committed a crime.

6) Does the fact that this case involves an alleged drug conspiracy where the defendant is charged with drugs crimes tend to make you prejudiced against the defendant before the trial?

7) Do any of you have such strong personal or philosophical feelings about the general subject matter of the narcotics or drug laws so as to impair your ability to render a fair and impartial verdict in this case? If yes, please stand and state your name.

8) Have you or any of your relatives or close friends ever been charged or convicted of any drug offense? If so, please explain.

9) Would you give the accused the benefit of your individual judgment in arriving at a verdict in this case?

10) Do any of you have family ties with police or law enforcement persons? If so, please state the relationship, and have you ever discussed with them whether they believe that persons charged with crimes are probably guilty?

11) Have you ever been a witness for the prosecution in a criminal case? Please explain.

12) Do you agree that you are enforcing the law just as vigorously by voting for acquittal, if there is a reasonable doubt as to guilt, as you do by voting for conviction when there is no such doubt?

13) Does any member of the jury venire know any of the following people? (We ask the Court to read a list of the Government's proposed witness).

14) Do you agree that an impartial trial by an unbiased jury is a constitutional guarantee no matter what the charges are against the defendant?

15) Are any of you related to anyone on the United States Attorney's staff?

16) Does any member of the jury venire know any member of the U. S. Attorney's Office and its investigators? (We ask the U. S. Attorney or one of his assistants to please stand and give with clarity each member of the U. S. Attorney's Office, including investigators).

17) How many of you believe that a law enforcement officer's testimony is more worthy of belief than the testimony of someone who is not a law enforcement officer? Would any of you give greater weight to the testimony of a law enforcement officer or public official or governmental employee than that of a private citizen. Would those of you who share that belief please stand and state your name.

18) Does any member of the jury venire have an interest in the conviction of the defendant?

19) Do any of you know anything about the facts of this case?

20) If you came to the conclusion that the prosecution had not proven the guilt of the accused beyond a reasonable doubt, and you found that a majority of the jurors believed the accused was guilty, would you change your verdict only because you were in the minority?

21) Do you have any objection with the statement of law that the indictment in this case is not evidence and should not be considered by you as evidence and it is only

the procedure by which one is brought to trial and the fact that an indictment has been returned is not evidence of any guilt on behalf of the defendant whatsoever?

22) Have any of you received any training in Law? If your answer is yes, briefly describe the nature of that training.

23) Do each of you agree with the law which presumes that the defendant is innocent as he sits in this courtroom today until such time as the State proves their case beyond a reasonable doubt?

24) Do you understand that the comments of the prosecutor are not evidence in this case?

25) Do any of you believe that one granted immunity from prosecution will always testify truthfully? Explain.

26) Do any of you believe that one who is given a reduced sentence in exchange for testimony will always testify truthfully? Explain.

**RESPECTFULLY SUBMITTED** this the 1st day of November, 2007.

/S/Donald G. Madison
DONALD G. MADISON (MAD008)
Attorney for Defendant
418 Scott Street
Montgomery, Alabama 36104
Telephone (334) 263-4800
Facsimile (334) 265-8511
E-Mail dgmadison@bellsouth.net
btjarvis1@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the Court and a copy shall be electronically served upon Honorable Susan Redmond, Assistant United States Attorney, this the 1st day of November, 2007.


/S/ Donald G. Madison
DONALD G. MADISON