IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **vs.** | ) | 2;06-cr-271-WKW |
| | ) | |
| **PRESTON GRICE.** | ) | |

## OBJECTION TO NOTICE OF INFORMATION
## TO ESTABLISH PRIOR CONVICTIONS

COMES NOW the Defendant Preston Grice (hereinafter referred to as Defendant Grice), by and through counsel, and files this Objection to Notice of Information to Establish Prior Convictions against this Defendant. In support hereof, the Defendant Grice submits the following:

1. That the Government alleges a prior 1994 felony conviction in support of the Government's argument that if convicted the Defendant Grice would be subjected to a minimum "20 years and not more than life" sentence; a fine of not more than $8,000,000.00; "not less than 10 years supervised release"; and "the mandatory imposition of a sentence of not more than 10 years...".

2. The cited conviction is more than 13 years old.

3. That there are no allegations set out in the

1

Indictment which aver that the Defendant Grice has caused or committed any physical assault nor harm to any persons other than the allowed sale of drugs.

4. That, therefore, the felony drug laws are *malum in prohibition* and not *malum in se.*

5. That, if convicted, the subjection of this Defendant to such a harsh penalty would represent cruel and unusual punishment under the Eighth Amendment to the United States Constitution. The requirement of the Federal Sentencing Guidelines of such a harsh sentence is, therefore, unconstitutional.

6. That the Federal Sentencing Guidelines and federal prosecution thereunder are racially biased as applied and, therefore, unconstitutional.

7. That based upon the above and foregoing, the Defendant Grice objects to the Notice of Enhancement submitted by the Government against him.

WHEREFORE, THE PREMISES CONSIDERED, the Defendant Grice respectfully submits this, his Objection to the Government's Notice of Information to Establish Prior Convictions.

          Respectfully submitted,

/S/ Donald G. Madison
DONALD G. MADISON (MAD 008)
Attorney for Defendant Preston Grice
418 Scott Street
Montgomery, Alabama 36104
Telephone (334) 263-4800
Facsimile (334) 265-8511
E-Mail dgmadison@bellsouth.net
      btjarvis1@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that this Objection was electronically filed with the Court and that a copy of same shall be electronically served upon the following parties on this the 2nd day of November, 2007.

Honorable Susan Redmond
Assistant United States Attorney
Middle District of Alabama

Bruce Maddox, Esquire
Attorney for Corey Harvey

          /S/ Donald G. Madison
          OF COUNSEL

3