**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600

November 6, 2007

# NOTICE OF DEFICIENCY

**To:**              Donald Madison

**From:**            Clerk's Office

**Case Style:**      USA vs. Preston Grice

**Case Number:**     2:06-cr-00271-WKW

**Referenced Pleading:**   Document #71
                           Objection to Notice of Information to Establish Prior Convictions


**A Notice of Deficiency has been filed in the above referenced case to reflect that the above referenced pleading was filed in error as a motion.**