IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-271-WKW |
| | ) | |
| PRESTON GRICE | ) | |

### JURY VERDICT

1. As to the charge contained in **Count One** of the Indictment, we, the Jury, find the Defendant:

     \_\_\_\_\_     (**Guilty**)

     **or**

     \_\_\_\_\_     **Not Guilty**

of conspiracy to distribute or conspiracy to possess with intent to distribute a controlled substance.

2. As to the charge contained in **Count Two** of the Indictment, we, the Jury, find the Defendant:

     \_\_\_\_\_     (**Guilty**)

     **or**

     \_\_\_\_\_     **Not Guilty**

of distribution or possession with intent to distribute a controlled substance.

\* \* \* \*

**Note**: If you find the Defendant **not guilty** as charged in **Counts One** and **Two**, do not consider paragraph 3 below. If you find the Defendant **guilty** as charged in **Count One** or **Count Two** complete paragraph 3.

3.   We, the Jury, having found the Defendant guilty of the offense charged in **Count One** or **Count Two**, further find he conspired to distribute, conspired to possess with intent to distribute, distributed, or possessed with intent to distribute the following controlled substances in the amounts shown (place an X in the appropriate boxes):

(a)   Marijuana - -

- (i) Weighing 1000 kilograms or more ☐
- (ii) Weighing 100 kilograms or more but less than 1000 kilograms ☐
- (iii) Weighing less than 100 kilograms ☒ (KPS)

(b)   Cocaine - -

- (i) Weighing 5 kilograms or more ☐
- (ii) Weighing 500 grams or more but less than 5 kilograms ☐
- (iii) Weighing less than 500 grams ☒ (KPS)

(c)   Cocaine base ("crack" cocaine) - -

- (i) Weighing 50 grams or more ☒ (KPS)
- (ii) Weighing 5 grams or more but less than 50 grams ☐
- (iii) Weighing less than 5 grams ☐

This the 7th day of November, 2007.

_____
Foreperson