```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION

UNITED STATES OF AMERICA,      *
                               *
    Plaintiff,                 *
                               *
V.                             * CR. NO.
PRESTON GRICE,                 * 2:06CR271-WKW
                               *
    Defendant.                 *
```

### NOTICE OF ATTORNEY APPEARANCE-DEFENDANT

Come now Jeffery C. Duffey and enters his appearance as retained counsel for defendant Preston Grice for purposes of post trial proceedings and sentencing in this Court.

Respectfully submitted this 19th day of November, 2007.

                                           <u>s/Jeffery C. Duffey</u>
                                           JEFFERY C. DUFFEY
                                           Attorney for Defendant
                                           Preston Grice
                                           600 South McDonough Street
                                           Montgomery, AL  36104
                                           Phone: 334-834-4100
                                           Fax: 334-834-4101
                                           email: [jcduffey@aol.com](mailto:jcduffey@aol.com)
                                           Bar No.  ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                  Respectfully submitted,

                                  <u>s /Jeffery C. Duffey</u>
                                  JEFFERY C. DUFFEY
                                  Attorney for Defendant
                                  Preston Grice