IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| V. | *   CASE 2:06-CR-271-WKW |
| PRESTON GRICE, | * |
| DEFENDANT. | * |

**MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR NEW TRIAL**

Now comes defendant, by counsel, and submits the following:

1. On November 7, 2007 the defendant was convicted by a jury of conspiracy to distribute and possess with intent to distribute cocaine base and marijuana (count 1); and with distribution and possession with intent to distribute cocaine base and marijuana (count 2).  Sentencing is set for January 17, 2008.

2. Undersigned counsel has this date entered a notice of appearance to represent the defendant on sentencing and post trial proceedings in this court.

3. The defendant desires to file a motion for new trial on an issue that occurred during jury selection

involving the Government's striking of black venire members from service on the defendant's jury.  Defendant believes he properly preserved for review an objection pursuant to <u>Batson v Kentucky</u>, 476 U.S. 79 (1986), and its progeny.

4. Undersigned counsel was not trial counsel and needs additional time to investigate this issue and to review the transcript of the jury selection proceedings.  Undersigned counsel has telephoned the court reporter, Risa Entrekin, to inquire about ordering the transcript and to determine how much time it will take to transcribe the proceedings, but Ms. Entrekin was not in, her answering service stated she was out of the office on special assignment and would not return until December 10, 2007.

5.  The defendant also desires to address the previously filed and denied motion to suppress evidence.

6.  Rule 33(b)(2), F.R.Crim.P., provides that a motion for new trial on a matter not involving newly discovered evidence must be filed within 7 days of the jury verdict.  The jury verdict was November 7, 2007 in this case.  By excluding intermediate Saturdays, Sundays and the Veterans Day holiday as allowed by Rule 45(a)(2), F.R.Crim.P., it appears the last day to file this motion is this date,

November 19, 2007.

7. Rule 45(b)(1)(A), F.R.Crim.P., allows this court to extend the time for filing a motion for new trial upon request by the defendant and good cause if so requested before the expiration of the deadline. This motion is timely filed pursuant to the above cited rules. Defendant believes he has good cause to make this request since undersigned counsel as new counsel needs additional time to investigate the issues and review the transcript of the jury selection in order to effectively represent the defendant in this matter.

8. Undersigned counsel telephoned AUSA Susan Redmond to determine the Government's position on this motion, but Ms. Redmond was not available.

Wherefore, based upon the above it is requested that the court extend the time for filing motion for new trial in this case for a period of 28 days until December 17, 2007. Undersigned counsel has requested this amount of time because it appears the court reporter will be out of office until December 10, 2007.

Respectfully submitted this 19th day of November 2007.

s/Jeffery C. Duffey  
JEFFERY C. DUFFEY  
Attorney for  
Preston Grice  
600 South McDonough Street  
Montgomery, AL 36104  
Phone: 334-834-4100  
Fax: 334-834-4101  
email: jcduffey@aol.com  
Bar No. ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such to the proper parties.

s /Jeffery C. Duffey  
JEFFERY C. DUFFEY  
Attorney for Preston Grice