IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-271-WKW |
| | ) | |
| PRESTON GRICE | ) | |

**ORDER**

Upon consideration of the defendant's two oral motions for judgment of acquittal made during trial on November 7, 2007, it is ORDERED that both motions are DENIED.

DONE this 20th day of November, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE