IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-271-WKW |
| | ) | |
| PRESTON GRICE | ) | |

## **ORDER**

Upon consideration of the defendant's Motion for Extension of Time to File Motion for New Trial (Doc. #82), it is the ordered that the motion is GRANTED. The court finds the defendant made the motion before the originally prescribed time expired and has shown good cause to extend the time. Accordingly, the deadline for filing a motion for new trial is extended until **December 17, 2007.**

DONE this 21st day of November, 2007.

　　　　　　　　　　　　　　　　　　　　/s/  W. Keith Watkins
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE