IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,    *
                             *
    PLAINTIFF,               *
                             *
V.                           *  CASE NO.  2:06-CR-271-WKW
                             *
PRESTON GRICE,               *
                             *
    DEFENDANT.               *

DEFENDANT'S MOTION FOR RELEASE PENDING SENTENCING PURSUANT
TO 18 USC 3145(c)

Now comes defendant, by counsel, and submits the
following:

1.  Defendant was indicted for the instant offense on
November 16, 2006, and the case was unsealed on November 29,
2006. (Doc. 1). Defendant was arrested and subsequently
released on $25,000 non-surety bond. (Doc. 6, 7). It is
believed that defendant met all the terms and conditions of
that release, has made every court appearance required, and
had never been required to appear before the court on any
allegations of pretrial release violation.

2.  The defendant was originally charged in this matter
by indictment in November, 2005, but that charge was
subsequently dismissed in December, 2005, on motion of
government. (Doc. 25, 28).

3.   On November 7, 2007, the defendant was convicted by a jury of conspiracy to distribute and possess with intent to distribute cocaine base and marijuana (Count 1); and with distribution and possession with intent to distribute cocaine base and marijuana (Count 2). Sentencing is set for January 17, 2008.

4. Defendant was detained immediately upon his conviction on November 7, 2007.

5. The defendant is in that class of persons where detention is presumed because the penalty for the offence for which he has been convicted exceeds ten years or more. See *United States v. Hooks*, 330 F. Supp. 2d 1311(M. D. Ala. 2004). Defendant may be released from detention pending sentencing if Defendant can show that there are exceptional reasons why detention would not be appropriate. Id. 330 F. Supp. 2d at 1313. See also: 18 USC 3145(c).

6.   In the roughly two years since defendant was originally charged in this case, the defendant has demonstrated by clear and convincing evidence that he is unlikely to flee and that he poses no danger to any other person or to the community.

7.   Exceptional circumstances support defendant's continued release, and this court should permit defendant to

remain on supervision until judgement and sentence is imposed on January 17, 2008.

8.   The defendant has eight children ranging in ages from 3 to 15 for whom he contributes to support. In addition thereto, there are two other children, ages 11 and 16, that are not his children but who live in his household that he contributes to their support. The minor children who are innocent parties will be penalized should defendant not be allowed to continue working to contribute to support for these children during the upcoming Christmas holiday season.

For the forgoing reason, the defendant respectfully requests that the court permit his release pending sentencing pursuant to 18 USC 3145(c).


Respectfully submitted this 4th day of December, 2007.


                                   s/Jeffery C.Duffey
                                   Jeffery C. Duffey
                                   Attorney for Defendant
                                   Preston Grice



Law Offices of:
Jeffery C. Duffey
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
Email: jcduffey@aol.com

Of Counsel:
Donald G. Madison(MAD008)
418 Scott Street
Montgomery, AL 36104
Phone: 334-263-4800
Fax: 334-265-8511
Email: dgmadison@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2007, I
electronically filed the foregoing with the Clerk of Court
using the CM/ECF system which will send notification of such
filing to the proper parties.

s/Jeffery C. Duffey
Jeffery C. Duffey