```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                 MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
|     PLAINTIFF, | * |
| | * |
| V. | *   CASE NO.  2:06-CR-271-WKW |
| | * |
| PRESTON GRICE, | * |
| | * |
|     DEFENDANT. | * |

**SECOND MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR NEW TRIAL**

Now comes defendant, by counsel, and submits the following:

1. On November 7, 2007, the defendant was convicted by a jury of conspiracy to distribute and possess with intent to distribute cocaine base and marijuana (Count 1); and with distribution and possession with intent to distribute cocaine base and marijuana (Count 2). Sentencing is set for January 17, 2008.

2. On November 19, 2007, defendant filed a timely motion for extension of time within which to file a motion for new trial (Doc. 82); and on November 21, 2007, this court granted that request and extended the deadline to December 17, 2007. (Doc. 85).

3. The main reason for the request for extension of

time was to be able to obtain a copy of the transcript of the proceedings during the jury selection for purposes of filing the motion. At that time undersigned counsel had attempted to contact the court reporter, Risa Entrekin, and had received a recorded message that the court reporter was on special assignment and would not return until December 10, 2007. Counsel believed it would only take a short time to prepare the transcript.  Undesigned counsel has not heard back from the court reporter and has again phoned the court reporter and received a message from the court reporter's answering service that the court reporter will now be out of the office for the entire month of December 2007. Therefore, undersigned counsel has not been able to obtain a copy of the transcript of the jury selection.

    4. Rule 45(b)(1)(a), F.R.Crim.P., allows the court to further extend the time for filing motion for new trial so long as the further extension is requested before the previously extended time expires. Therefore, this motion is timely since the previously extended time does not expire until December 17, 2007.

    5. Wherefore based upon the above, defendant requests that the court extend the time for filing the motion for new trial until January 14, 2008.

Respectfully submitted this 14th day of December, 2007.

<pre>
                                    s/Jeffery C.Duffey
                                    Jeffery C. Duffey
                                    Attorney for Defendant
                                    Preston Grice
</pre>

Law Offices of:
Jeffery C. Duffey
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
Email: jcduffey@aol.com

Of Counsel:
Donald G. Madison(MAD008)
418 Scott Street
Montgomery, AL 36104
Phone: 334-263-4800
Fax: 334-265-8511
Email: dgmadison@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the proper parties.

<pre>
                                    s/Jeffery C. Duffey
                                    Jeffery C. Duffey
</pre>