IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-271-WKW |
| | ) | |
| PRESTON GRICE | ) | |

## **ORDER**

Upon consideration of the defendant's Motion for Extension of Time to File Motion for New Trial (Doc. # 89), it is the ordered that the motion is GRANTED. The court finds the defendant made the motion before the originally prescribed time expired and has shown good cause to extend the time. Accordingly, the deadline for filing a motion for new trial is continued from December 17, 2007 to **January 14, 2008.**

DONE this 17th day of December, 2007.

                                                   /s/  W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE