IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
|     PLAINTIFF, | * |
| | * |
| V. | * CASE NO.  2:06-CR-271-WKW |
| | * |
| PRESTON GRICE, | * |
| | * |
|     DEFENDANT. | * |

**UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR NEW TRIAL**

Now comes defendant, by counsel, and submits the following:

1. On November 7, 2007, the defendant was convicted by a jury of conspiracy to distribute and possess with intent to distribute cocaine base, cocaine and marijuana (Count 1); and with distribution and possession with intent to distribute cocaine base, cocaine and marijuana (Count 2). Sentencing is set for January 17, 2008.

2. On November 19, 2007, defendant filed a timely motion for extension of time within which to file a motion for new trial (Doc. 82); and on November 21, 2007, this court granted that request and extended the deadline to December 17, 2007. (Doc. 85).

3. On December 14, 2007, defendant filed a second

timely motion for extension of time within which to file a motion for new trial (Doc. 89); and on December 17, 2007, this court granted that request and extended the deadline to January 14, 2008 (Doc. 90).

    4. As stated in the earlier motions, the main reason for the request for extension of time was to be able to obtain a copy of the transcript of the proceedings during the jury selection for purposes of supporting the motion for new trial based upon a <u>Batson</u> issue. It now appears that the court reporter, Risa Entrekin, will not be able to have the transcript prepared in time for defendant to meet the January 14, 2008, deadline. As undersigned counsel understands it, Ms. Entrekin is on special assignment and will not be available to work on any other transcripts until that assignment is completed. Based on recent information, it is estimated at this time that assignment may not be completed until about March 31, 2008. Undersigned counsel has left a message with the court reporter to request an estimated time of completion of the transcript, but to date has not received a response.

    5. Defendant cannot properly file and argue his motion for new trial without the transcript, and without such will be denied due process and effective assistance of counsel

pursuant to the Fifth and Sixth Amendments to the United States Constitution.

6. Rule 45(b)(1)(a), F.R.Crim.P., allows the court to further extend the time for filing motion for new trial so long as the further extension is requested before the previously extended time expires. Therefore, this motion is timely since the previously extended time does not expire until January 14, 2008.

7. Undersigned counsel has spoken with the attorney for the Government, Susan Redmond, and the Government does not oppose this request for extension of time.

8. Wherefore based upon the above, defendant requests that:

A. the court extend the time for filing the motion for new trial and;

B. due to counsel not having specific information when the transcript will be completed, counsel requests that this court order undersigned counsel to file a notice with the court immediately upon receipt of the transcript certifying receipt thereof, and that the motion for new trial be due within 10 days of the receipt by counsel of the transcript.

s/Jeffery C. Duffey  
Jeffery C. Duffey  
Attorney for Defendant

                                  Preston Grice

```
Law Offices of:
Jeffery C. Duffey
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
Email: jcduffey@aol.com


Of Counsel:
Donald G. Madison(MAD008)
418 Scott Street
Montgomery, AL 36104
Phone: 334-263-4800
Fax: 334-265-8511
Email: dgmadison@bellsouth.net
```

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 9, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the proper parties.

                                  s/Jeffery C. Duffey
                                  Jeffery C. Duffey

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| **PLAINTIFF,** | * |
| V. | * CASE NO.  2:06-CR-271-WKW |
| **PRESTON GRICE,** | * |
| **DEFENDANT.** | * |

**ORDER**

Upon consideration of the defendant's Unopposed Third Motion for Extension of Time to file Motion for New Trial (Doc. __), it is ordered that the motion is granted.

The Court finds that defendant made the motion before the originally prescribed time expired and there is good cause to extend the time. The Court further finds that because of the uncertainty of the completion date of the transcript needed for defendant to file his Motion for New Trail, the deadline for filing the Motion for New Trial is extended from January 14, 2008, until 10 days from defense counsel's receipt of the transcript of the jury selection. When counsel for defendant receives the transcript, counsel shall immediately file with the court notice of receipt of said transcript.

Done this ___ day of January, 2008.

_____
United States District Judge