## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
|     PLAINTIFF, | * |
| | * |
| V. | *   CASE NO.  2:06-CR-271-WKW |
| | * |
| PRESTON GRICE, | * |
| | * |
|     DEFENDANT. | * |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Comes now defendant, by counsel, and submits the following:

1. The sentencing is set in this case for January 17, 2008.

2. During the course of the presentence investigation teleconference between the Government, the U.S. Probation Office and undersigned counsel, evidence was discussed that was not in the pre-sentence investigation report that will be added to the offense conduct section of the pre-sentence report that may have an impact on sentencing. More specifically the evidence involves enhancement of defendant's sentence. Undersigned counsel needs additional time to investigate and seek discovery regarding this information.

3. In addition to the above, the defendant has previously filed a motion for new trial and is awaiting preparation of a transcript in order to complete the filing of said motion and/or support said motion. Defendant has filed a third motion to extend filing date for the motion for new trial based upon the fact that it appears that the transcript cannot be prepared and the documents filed by the January 14, 2008, motion deadline, or prior to the January 17, 2008, sentencing.

4. It is in the interest of the judicial economy that the defense counsel be allowed sufficient time to address the merits of his motion for new trial claims prior to the sentencing proceedings in this case. Defendant represents to the court that he does intend to appeal his conviction and any issues arising out of the motion for new trial may be raised on appealed.

5. Undersigned counsel has spoken with attorney for the Government, Susan Redmond, and the U.S. Probation Officer, Jacqueline Caple, and neither objects to this request for continuance.

6. Wherefore based upon the above, it is requested that the sentencing proceedings in this case be continued at least 45 days, or that the sentencing be continued generally

and a specific date set once the motion for new trial is filed.

                                      s/Jeffery C. Duffey
                                      Jeffery C. Duffey
                                      Attorney for Defendant
                                      Preston Grice

Law Offices of:
Jeffery C. Duffey
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
Email: jcduffey@aol.com

Of Counsel:
Donald G. Madison(MAD008)
418 Scott Street
Montgomery, AL 36104
Phone: 334-263-4800
Fax: 334-265-8511
Email: dgmadison@bellsouth.net

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 9, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the proper parties.

                                        s/Jeffery C. Duffey
                                        Jeffery C. Duffey

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **PLAINTIFF,** | * |
| | * |
| V. | * CASE NO.  2:06-CR-271-WKW |
| | * |
| **PRESTON GRICE,** | * |
| | * |
| **DEFENDANT.** | * |

**ORDER**

Upon consideration of the defendant's Unopposed Motion for Continuance of the sentencing hearing (Doc. ___), and for good cause stated, it is ordered that the motion is granted.

The Court further finds that it is in the interest of judicial economy to allow defendant to address his motion for new trial prior to sentencing, and because of the uncertainty of the completion date of the transcript needed for defendant to file his Motion for New Trail, the sentencing is continued generally.  Sentencing will be set by separate order upon the filing of defendant's Motion for New Trial.  Defendant's counsel is ordered to file a motion to set sentencing date upon receipt of the transcript necessary for his Motion for new trial.

Done this ___ day of January, 2008.

_____
United States District Judge