IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-271-WKW |
| | ) | |
| PRESTON GRICE | ) | |

## <u>ORDER</u>

This case is before the court on defendant's Unopposed Third Motion for Extension of Time to File Motion for New Trial (Doc. # 91) and defendant's Unopposed Motion to Continue Sentencing (Doc. # 92). The court finds that both motions are due to be granted.

The defendant's Unopposed Third Motion for Extension of Time to File Motion for New Trial (Doc. # 91) is GRANTED. The court finds the defendant made the motion before the originally prescribed time expired and there is good cause to extend the time. Because it is uncertain when the transcript the defendant needs to file his motion will be completed, the deadline for filing the Motion for New Trial is extended from January 14, 2008 **until 10 days after defense counsel receives the transcript of the jury selection**. When defense counsel receives the transcript, he shall immediately file notice of receipt of the transcript with the court. If defense counsel has not received the transcript by **April 2, 2008**, then defense counsel shall file a notice with the court that he has not received the transcript and shall continue to file such notices with the court on the first day of each month until defense counsel receives the transcript.

Defendant's Unopposed Motion to Continue Sentencing (Doc. # 92) is GRANTED. The sentencing is continued from January 17, 2008 to **April 15, 2008 at 10:00 a.m.**

DONE this 10th day of January, 2008.

          /s/   W.  Keith Watkins
          UNITED STATES DISTRICT JUDGE