IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
|     PLAINTIFF, | * |
| | * |
| V. | *   CASE NO. 2:06-CR-271-WKW |
| | * |
| PRESTON GRICE, | * |
| | * |
|     DEFENDANT. | * |

**RESPONSE TO COURT ORDER BY DEFENDANT**

Comes now defendant Preston Grice, and pursuant to this Court's order of January 10, 2008 (Doc. 93), submits the following report to the Court:

This Court previously ordered defendant's counsel to report to the Court by April 2, 2008, and the first day of each month thereafter, whether counsel had received the transcript previously requested for use in his pending motion for new trial. As of the date of the filing of this notice, the transcript has not been received. It is expected that the transcript will be received within the next one to two weeks.

                                                  s/Jeffery C.Duffey
                                                Jeffery C. Duffey
                                                Attorney for Defendant
                                                Preston Grice

```
Law Offices of:
Jeffery C. Duffey
600 South McDonough Street
Montgomery, AL 36104
Phone: 334-834-4100
Fax: 334-834-4101
Bar No. ASB7699F67J
Email: jcduffey@aol.com


Of Counsel:
Donald G. Madison(MAD008)
418 Scott Street
Montgomery, AL 36104
Phone: 334-263-4800
Fax: 334-265-8511
Email: dgmadison@bellsouth.net
```

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the proper parties.

                                                s/Jeffery C. Duffey
                                                Jeffery C. Duffey