IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| V. | * | CASE NO.  2:06-CR-271-WKW |
| | * | |
| PRESTON GRICE, | * | |
| | * | |
| DEFENDANT. | * | |

**UNOPPOSED FOURTH MOTION FOR EXTENSION OF TIME TO FILE
MOTION FOR NEW TRIAL**

Now comes defendant, by counsel, and submits the
following:

1.  On November 7, 2007, the defendant was convicted by
a jury of conspiracy to distribute and possess with intent
to distribute cocaine base, cocaine and marijuana (Count 1);
and with distribution and possession with intent to
distribute cocaine base, cocaine and marijuana (Count 2).
Sentencing is set for January 17, 2008.

2.  The defendant has previously filed  timely motions
for extension of time within which to file a motion for new
trial (Doc. 82, 89, 91); and this Court previously granted
those requests. (Doc. 85, 90, 93).

3.  As stated in the earlier motions, the main reason
for the request for extension of time was to be able to

obtain a copy of the transcript of the proceedings during the jury selection for purposes of supporting the motion for new trial based upon a <u>Batson</u> issue. In the last order extending the time (Doc. 93), this Court ordered undersigned counsel to file the motion for new trial within 10 days of receipt of the transcript, and to file a report to the court by April 2, 2008, if counsel had not received the transcript. The transcript has not been received and a report to that effect was filed this date. (Doc. 108).

4. Defendant cannot properly file and argue his motion for new trial without the transcript, and without such will be denied due process and effective assistance of counsel pursuant to the Fifth and Sixth Amendments to the United States Constitution.

5. Rule 45(b)(1)(a), F.R.Crim.P., allows the court to further extend the time for filing motion for new trial so long as the further extension is requested before the previously extended time expires. Therefore, this motion is timely since the previously extended time has not expired.

6. Undersigned counsel has spoken with the attorney for the Government, Susan Redmond, and the Government does not oppose this request for extension of time.

7. Wherefore based upon the above, defendant requests

that:

A. The provision of the January 10, 2008 order (Doc.

93) which provides that the motion for new trial be filed

within 10 days of receipt of the transcript remain in

effect.

B. For such other relief as the Court deems just.

s/Jeffery C. Duffey
Jeffery C. Duffey
Attorney for Defendant
Preston Grice

Law Offices of:
Jeffery C. Duffey
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
Bar No. ASB7699F67J
Email: jcduffey@aol.com

Of Counsel:
Donald G. Madison(MAD008)
418 Scott Street
Montgomery, AL 36104
Phone: 334-263-4800
Fax: 334-265-8511
Email: dgmadison@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2008, I
electronically filed the foregoing with the Clerk of Court
using the CM/ECF system which will send notification of such
filing to the proper parties.

<u>s/Jeffery C. Duffey</u>
Jeffery C. Duffey