```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
|     **PLAINTIFF,** | * |
| | * |
| **V.** | *   **CASE NO. 2:06-CR-271-WKW** |
| | * |
| **PRESTON GRICE,** | * |
| | * |
|     **DEFENDANT.** | * |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Comes now defendant, by counsel, and submits the following:

1. The sentencing is set in this case for April 15, 2008.

2. The defendant has previously filed a motion for new trial and is awaiting preparation of a transcript in order to complete the filing of said motion and/or support said motion. Defendant has this date filed a report to the Court that the transcript has not been received, and has filed a fourth motion to extend filing date for the motion for new trial based upon the fact that undersigned counsel has not received the transcript. (See Doc. 108 & 109).

3. It is in the interest of the judicial economy that the defense counsel be allowed sufficient time to address the merits of his motion for new trial claims prior to the

sentencing proceedings in this case. Defendant represents to the court that he does intend to appeal his conviction and any issues arising out of the motion for new trial may be raised on appealed.

    4. Undersigned counsel has spoken with attorney for the Government, Susan Redmond, and the U.S. Probation Officer, Jacqueline Caple, and neither objects to this request for continuance.

    5. Wherefore based upon the above, it is requested that the sentencing proceedings in this case be continued at least 45 days, or that the sentencing be continued generally and a specific date set once the motion for new trial is filed.

                                                s/Jeffery C. Duffey
                                                Jeffery C. Duffey
                                                Attorney for Defendant
                                                Preston Grice

Law Offices of:
Jeffery C. Duffey
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
Bar No. ASB7699F67J
Email: jcduffey@aol.com

Of Counsel:
Donald G. Madison(MAD008)
418 Scott Street
Montgomery, AL 36104
Phone: 334-263-4800
Fax: 334-265-8511

Email: dqmadison@bellsouth.net

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 2, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the proper parties.

                                              s/Jeffery C. Duffey
                                              Jeffery C. Duffey