IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CASE NO. 2:06-cr-271-WKW |
| ) | |
| PRESTON GRICE ) | |

## **ORDER**

This case is before the court on defendant's Unopposed Fourth Motion for Extension of Time to File Motion for New Trial (Doc. # 109) and defendant's Unopposed Motion to Continue Sentencing (Doc. # 110). The government does not oppose either motion. The court finds that both motions are due to be granted.

The defendant's Unopposed Third Motion for Extension of Time to File Motion for New Trial (Doc. # 109) is GRANTED. The court finds the defendant made the motion before the originally prescribed time expired and there is good cause to extend the time. Because it is uncertain when the transcript the defendant needs to file his motion will be completed, the deadline for filing the Motion for New Trial is extended **until 10 days after defense counsel receives the transcript of the jury selection**. The court reiterates that the defendant is required to file a notice with the court on the first day of each month until defense counsel receives the transcript.

Defendant's Unopposed Motion to Continue Sentencing (Doc. # 110) is GRANTED. The sentencing is continued from April 15, 2008, to **July 22, 2008, at 10:00 a.m.**

DONE this 3rd day of April, 2008.

　　　　　　　　　　　　　　　　　　／s／　W. Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE