IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
|     PLAINTIFF, | * |
| | * |
| V. | *   CASE NO. 2:06-CR-271-WKW |
| | * |
| PRESTON GRICE, | * |
| | * |
|     DEFENDANT. | * |

**RESPONSE TO COURT ORDER BY DEFENDANT**

Comes now defendant Preston Grice, and pursuant to this Court's order of April 3, 2008 (Doc. 111), submits the following report to the Court:

This Court previously ordered that the deadline for filing motion for new trial is ten days from when counsel receives the transcript previously requested for use in his motion for new trial. Undersigned counsel gives notice that the transcript was received on April 8, 2008, therefore it appears to counsel that the motion for new trial is due to be filed on or before April 18, 2008.

                                                  s/Jeffery C.Duffey
                                                  Jeffery C. Duffey
                                                  Attorney for Defendant
                                                  Preston Grice

Law Offices of:
Jeffery C. Duffey

```
600 South McDonough Street
Montgomery, AL 36104
Phone: 334-834-4100
Fax: 334-834-4101
Bar No. ASB7699F67J
Email: jcduffey@aol.com


Of Counsel:
Donald G. Madison(MAD008)
418 Scott Street
Montgomery, AL 36104
Phone: 334-263-4800
Fax: 334-265-8511
Email: dgmadison@bellsouth.net
```

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the proper parties.

<u>s/Jeffery C. Duffey</u>
Jeffery C. Duffey
