IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 2:06-cr-271-WKW |
| ) | |
| PRESTON GRICE ) | |

## **ORDER**

This case is before the court on defendant Preston Grice's Motion for new Trial (Doc. # 115). It is ORDERED that the government shall file a response **on or before May 12, 2008**. The defendant may file a reply **on or before May 27, 2008.**

DONE this 21st day of April, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE