IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CASE NO. 2:06-cr-271-WKW |
| ) | |
| PRESTON GRICE ) | |

**<u>ORDER</u>**

It is ORDERED that the sentencing hearing for Defendant Grice is CONTINUED from July 22, 2008, to **August 5, 2008, at 10:00 a.m.**

DONE this 9th day of May, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE