IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 2:06-cr-271-WKW |
| ) | |
| PRESTON GRICE ) | |

## ORDER

It is **ORDERED** that the sentencing hearing for defendant Preston Grice is **CONTINUED** from August 5, 2008, at 10:00 a.m., to **August 13, 2008, at 2:00 p.m.,** in courtroom 2E of the Frank M. Johnson, Jr. U. S. Courthouse, One Church Street, Montgomery, Alabama.

DONE this 30th day of July, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE