IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    CASE NO. 2:06-cr-271-WKW |
| | ) |
| PRESTON GRICE | ) |

## ORDER

It is **ORDERED** that the sentencing hearing for defendant Preston Grice is **CONTINUED** from August 13, 2008, at 2:00 p.m., to **September 9, 2008, at 1:30 p.m.,** in courtroom 2E of the Frank M. Johnson, Jr. U. S. Courthouse, One Church Street, Montgomery, Alabama.

DONE this 8th day of August, 2008.

        /s/   W.  Keith Watkins
        UNITED STATES DISTRICT JUDGE