IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-271-WKW |
| | ) | |
| PRESTON GRICE | ) | |

## **ORDER**

To supplement the record and the court's ruling on Defendant Preston Grice's Motion

for New Trial (Doc. # 115), it is ORDERED that the jury questionnaires completed by each

juror and the one alternate in this case, in addition to the jury questionnaire completed by

juror 15 on Defendant's venire, are ATTACHED to this order under seal.  Counsel for the

parties shall have access to the questionnaires.

Done this 5th day of September, 2008.

                                    /s/   W.  Keith Watkins
                                    UNITED STATES DISTRICT JUDGE